904 F.2d 694
 Ferdinand Drexel Investment Co., Inc., Alibert (Vernon F.)
on Behalf of Columbia Research Laboratories, Inc.,
Alibert Industries, Inc., Alibert Properties, Inc.
v.
Alibert (Victor F., Olive E.), Columbia Research
Laboratories, Inc., Alibert Industries, Inc.,
Alibert Properties, Inc.
 NO. 89-1955
 United States Court of Appeals,
Third Circuit.
 MAY 02, 1990
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J.,
 
 723 F.Supp. 313
 
 1
 AFFIRMED.